

# STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2023

November 15, 2023

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

RE:   *Cromitie v. Savor Goods, LLC*
      Case No.: 1:23-cv-04320-MKV

Dear Judge Vyskocil:

We represent the Plaintiff in the above-referenced matter.  We write jointly with Defendant's counsel to respectfully request a thirty-two (32) day extension of time for the parties to submit an application to restore this action, if necessary.  The new due date would be Monday, December 18, 2023.  The requested extension will afford the parties an opportunity to finalize our settlement papers.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

**Granted. SO ORDERED.**

Date: 11/16/2023
New York, New York

Mary Kay Vyskocil
United States District Judge